# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE MODIFICATION OF** |
| | ) | **RELEASE CONDITIONS** |
| vs. | ) | |
| | ) | |
| Zachary Russell Mills, | ) | Case No. 4:12-cr-177-3 |
| | ) | |
| Defendant. | ) | |

Defendant Zachary Mills ("Mills") was arrested and made his initial appearance in the District of Oregon on charges pending against him in the District of North Dakota. He was subsequently released on conditions pending trial in the District of North Dakota pursuant to an order issued by Magistrate Judge John Acosta on September 7, 2012.

On October 12, 2012, Mills appeared before this court for his arraignment via video/telephone from the federal courthouse in Portland, Oregon. Pursuant to its discussion with the parties, the court **ORDERS** that Mills' release conditions shall be modified as follow. First, Mills' release shall be subject to home detention with GPS Monitoring, as opposed to home incarceration, and he may leave his residence as permitted by the Pretrial Services Officer. Second, Mills may change his place of residence if he first obtains approval from the Pretrial Services Officer.

Dated this 12th day of October, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge